Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JAN 03 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

Atlanta Division

Kenny A. Johnson, in his official capacity as Georgia State Representative of Rockdale Soil and Water Conservation District

*Plaintiff(s)*

-v-

Mr. Michael S. Regan, in his official capacity as Administrator of the United States Environmental Protection Agency Region 4. Mr. Osborn Nesbit, in his official capacity as Chairman of Rockdale County

*Defendant(s)*

Case No. **1:24-CV-0041**

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☑ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

| | |
|---|---|
| Name | Kenny A. Johnson Georgia State Representative of Rockdale Coun |
| Street Address | 431 Yellow River Lane |
| City and County | Conyers and Rockdale |
| State and Zip Code | Georgia 30012 |
| Telephone Number | 404-569-9192 |
| E-mail Address | johnson.rswcd@gmail.com |

**B. The Defendant(s)**

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
  Name: Mr. Osborn Nesbit
  Job or Title *(if known)*: In his official capacity as Chairman of Rockdale County
  Street Address: 962 Milstead Avenue
  City and County: Conyers and Rockdale
  State and Zip Code: 30012
  Telephone Number: 770-278-7001
  E-mail Address *(if known)*: oz.nesbit@rockdalecounty.org

Defendant No. 2
  Name: Mr. Michael S. Regan
  Job or Title *(if known)*: Administrator of the United States Environmental Protection Agenc
  Street Address: 1200 Pennylvania Avenue, N.W.
  City and County: Washington, DC
  State and Zip Code: Washington, DC 20460
  Telephone Number: 202-564-4700
  E-mail Address *(if known)*: complianceinfo@epa.gov

Defendant No. 3
  Name:
  Job or Title *(if known)*:
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address *(if known)*:

Defendant No. 4
  Name:
  Job or Title *(if known)*:
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address *(if known)*:

## II. Basis for Jurisdiction

This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331, the federal question statute, as the claims arise under the Clean Water Act (CWA) and the Clean Air Act (CAA). The amount in controversy exceeds $75,000, exclusive of interest and costs.

.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question    [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
CFR 402 and 404
46CFR5.29
The Clean Water Act
The Clean Air Act
The Community Right-to-know Act

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation
    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
    and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____

    b. If the defendant is a corporation
    The defendant, *(name)* _____, is incorporated under

the laws of the State of *(name)*                , and has its
principal place of business in the State of *(name)*         .
Or is incorporated under the laws of *(foreign nation)*         ,
and has its principal place of business in *(name)*         .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

A. Violations of the Clean Water Act (CWA)

September 2018: Rockdale County discharged pollutants into Yellow River and its tributaries in violation of its National Pollutant Discharge Elimination System (NPDES) permit, exceeding permitted levels of sediment and fecal coliform bacteria.

December 2021: Rockdale County failed to implement and maintain adequate erosion and sediment control measures at construction sites, resulting in sedimentation of waterways and violations of CWA Section 303(d).

January 1, 2022: Rockdale County permitted the operation of unpermitted concentrated animal feeding operations (CAFOs) within its jurisdiction, leading to discharges of pollutants into surface waters and violations of CWA Section 402.

January 31, 2023: Rockdale County continued to violate its NPDES permit by exceeding permitted levels of pollutants, despite prior notices of violation from the EPA.

B. Violations of the Clean Air Act (CAA)

Ongoing: Rockdale County's failure to enforce air quality regulations and control dust emissions from unpaved roads has contributed to exceedances of National Ambient Air Quality Standards (NAAQS) for particulate matter (PM10 and PM2.5).

C. Harm to Plaintiff

These violations by Rockdale County have caused and continue to cause significant harm to the Plaintiff, RSWCD, and its constituents. The water quality degradation harms aquatic life, threatens drinking water supplies, and restricts recreational activities in waterways. The air quality violations pose health risks to residents and damage ecosystems. RSWCD's conservation efforts are undermined by these ongoing environmental abuses.

## IV. Relief

Plaintiff requests the Court to:

1. Declare that Rockdale County is in violation of the CWA and CAA.

2. Issue a mandatory injunction requiring Rockdale County to:
   - Comply with all applicable CWA and CAA regulations.
   - Implement and maintain effective erosion and sediment control measures.
   - Cease operation of unpermitted CAFOs or bring them into compliance.
   - Develop and implement plans to achieve compliance with NAAQS.

3. Issue a consent decree outlining specific steps and deadlines for Rockdale County to achieve compliance with environmental laws.

4. Award Plaintiff monetary damages in the amount of $800,000 to compensate for the harm caused by Rockdale County's environmental violations.

.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: *Kenny A. Johnson* 01-03-2024

Signature of Plaintiff
Printed Name of Plaintiff  KENNY A. JOHNSON

### B. For Attorneys

Date of signing: _____

Signature of Attorney       _____
Printed Name of Attorney    _____
Bar Number

    Name of Law Firm
    Street Address
    State and Zip Code
    Telephone Number
    E-mail Address



**Richard E. Dunn, Director**

**EPD Director's Office**
2 Martin Luther King, Jr. Drive
Suite 1456, East Tower
Atlanta, Georgia 30334
404-656-4713

ENVIRONMENTAL PROTECTION DIVISION
04/21/2023

Mr. Oz Nesbitt, Chairman
Rockdale Water Resources
Post Office Box 289
Conyers, Georgia 30012

RE:  Expedited Enforcement Compliance Order (EECO)
     Order No. EPD-WP-9346
     Rockdale Water Resources (RWR)
     NPDES Permit Nos. GA0047678, GA0023035, GA0026239, and GA0022659

Dear Mr. Nesbitt:

The Georgia Environmental Protection Division (EPD) has received the signed Expedited Enforcement Compliance Order No. EPD-WP-9346 from the Rockdale Water Resources (RWR) for violations that occurred from January 1, 2022, to January 31, 2023. The public notice period has expired, and no comments were received.

Within 30-days from receipt of this letter, please submit payment penalty in the amount of $20,163.00. Enclosed is a copy of the executed Order.

If you have any questions or comments concerning this correspondence, please contact Reginald Williamson, of my staff, at reginald.williamson@dnr.ga.gov. Your cooperation is greatly appreciated.

Sincerely,

*[signature]*

Richard E. Dunn, Director
Environmental Protection Division

cc:  Mr. Kimbry Peek, Director, Rockdale Water Resources,
     (Kimbry.Peek@RockdaleCounty.gov)

RD/rw

Exhibit 1

STATE OF GEORGIA DEPARTMENT OF NATURAL RESOURCES
ENVIRONMENTAL PROTECTION DIVISION
WATERSHED PROTECTION BRANCH
2 MARTIN LUTHER KING JR. DR., SUITE 1470A EAST
ATLANTA, GEORGIA 30334

## CONSENT ORDER

### PART I: AUTHORITY AND ALLEGED VIOLATIONS

**Facility information:**
Rockdale Water Resources
PO Box 289
Conyers, Georgia 30012
Rockdale County

**Permit Number (if applicable):** GA0047678, GA0026239, GA0022659, GA0023035

**Name of Respondent (Owner, Operator, and/or Responsible Official):**
Mr. Oz Nesbitt, Chairman (Respondent)

The Georgia Environmental Protection Division (EPD) has reviewed its files to determine Respondent's compliance with the Georgia environmental law in Title 12, Chapter 5 of the Georgia Water Quality Control Act (Act) and the applicable rules adopted by the Board of Natural Resources (Rules). The violation(s) documented during EPD's review and the associated penalty for each violation is consistent with the Act and Rules and is discussed in Attachment A of this Consent Order:

**See Attachment A**

### TOTAL PENALTY AMOUNT $20,163.00

The Respondent is hereby ordered to pay the penalty described above.

This Consent Order is issued solely with reference to the Conditions in Part II. If the Conditions in Part II are not returned in correct form by the Respondent within thirty (30) days of receipt, this Consent Order can be withdrawn without prejudice to EPD's ability to file additional enforcement actions for the above-cited violations or any other violations.

### PART II: CONDITIONS AND ADDITIONAL TERMS

EPD offers this Consent Order to resolve the allegation(s) listed in Part I and Attachment A subject to 1) the Respondent performing any corrective action described in Attachment A and below; and 2) the following terms and conditions:

The Respondent, by signing below certifies under penalty of law that: a) the information submitted in this, and all attached documents have been personally examined, and the Respondent is familiar with the information; b) the alleged violations have been corrected; and c) payment of the negotiated penalty amount of $20,163.00 shall be submitted no later than thirty (30) days from the execution date of this Consent Order.

Failure by Respondent to comply with any provision of this Consent Order may result in further enforcement action. Issuance of this Consent Order does not waive the Director's right to use the violation(s) alleged herein, upon sufficient evidence, to show past violations in any subsequent enforcement proceeding.

Respondent consents and the Director executes this Consent Order solely for the purpose of addressing the alleged violations set forth herein. This Consent Order does not relieve Respondent of any obligations or requirements of any statute, rules, permit, or other matter administered by EPD except as specifically authorized herein, which authorization shall be strictly construed. This Consent Order is not a finding, determination, or adjudication of a violation of any state laws, rules, standards and/or requirements, nor does Respondent by consenting to this Consent Order make any admission with respect to any factual allegation contained in this Consent Order or to any liability to any third party.

For the purpose of enforcement, this Consent Order constitutes a final order of the Director in accordance with applicable Georgia law. By agreement of the parties, this Consent Order shall be final and effective immediately upon execution by the Director, shall not be appealable, and Respondent does hereby waive all administrative proceedings and judicial hearings on the terms and conditions of this Consent Order.

The parties agree that any electronic signatures on this Consent Order constitute original, valid signatures pursuant to the Uniform Electronic Transactions Act, O.C.G.A. § 10-12-1 et seq.

Company: ROCKDALE COUNTY
Name/Title (print): OSBORN NESBITT, CHAIRMAN
Signature
Date

It is so ORDERED and CONSENTED TO on the following date: 04/21/2023

R. Dunn

Richard E. Dunn
Director

Order No. EPD-WP- 9346

## ATTACHMENT A

- Georgia Rules and Regulations Chapter 391-3-6-.03(5)(c); All waters shall be free from material related to municipal, industrial, or other discharges which produce turbidity, color, odor, or other objectionable conditions which unreasonably interfere with the designated use of the water body.

Rockdale County Water Resources (RWR) - Spills of Raw Sewage

| No. | Date Spill Occurred | Location of Spill | Volume (gallons) | Waterway Impacted | Corrective Action |
|---|---|---|---|---|---|
| 1. | 1-10-2023 | 3463 Spring Creek Dr. | 24,375 | Snapping Shoals Creek | Repaired Piping |
| 2. | 1-4-2023 | 1397 Rockbridge Rd. | 470 | Travers Branch | Made repairs to the system as needed |
| 3. | 1-4-2023 | 1063 Scott Creek | 22 | Tanyard Branch | Cleaned Piping and Removed Rags |
| 4. | 12-2-2022 | 1363 Klondike Rd. | 840 | Almand Creek | Cleaned Piping |
| 5. | 12-10-2022 | 1390 Iris Dr. | 600 | Almand Creek | Cleaned Piping |
| 6. | 8-12-2022 | 1289 Pine Log Rd. | 4,380 | Boar Tusk Creek | Repaired Piping |
| 7. | 7-20-2022 | 1624 Calloway Loop | 4,730 | Yellow River | Cleaned Piping |
| 8. | 7-7-2022 | 2965 Hwy 20 | 153 | Almand Branch Creek | Cleaned Piping |
| 9. | 5-2-2022 | 1416 South Hicks Cir. | 1,080 | Travers Creek | Replaced bypass plug |
| 10. | 5-2-2022 | 3737 Clubhouse Lane | 25,740 | McClane Creek | Repair Pipe |
| 11. | 4-29-2022 | 1416 South Hicks Cir. | 7,200 | Travers Creek | Repair Piping |
| 12. | 4-22-2022 | 916 Jackie Ct. | 5,640 | Boar Tusk | Repaired Pipe |
| 13. | 4-11-2022 | 2440 Tatum Rd. | 15,895 | Roberts Branch | Replacement pipe project expected to be complete at end of March 2023. |
| 14. | 3-15-2022 | 1060 Scott St. | 30 | Tanyard Branch | Replacement pipe project expect to be completed December 2023. |
| 15. | 2-23-2022 | 1420 Milstead Rd. | 720 | Boar Tusk Creek | Clean Piping |
| 16. | 2-14-2022 | 1525 Springwood Rd. | 30,000 | Travers Creek | Repair Electrical Issues |
| 17. | 2-8-2022 | 380 Morris Drive | 7,375 | Almand Creek | Cleaned Piping |
| 18. | 7-6-2021 | 2165 Chambers Dr. | 1,820 | Shipley Branch | Repaired Piping |

| No. | Date | Violation |
|---|---|---|
| 1 | 7/2021 – 1/2023 | 4 major spill notifications not published in the legal organ of the County |

Total Penalty Settlement Amount: $20,163.00

Order No. EPD-WP-9346



**Richard E. Dunn, Director**

**EPD Director's Office**
2 Martin Luther King, Jr. Drive
Suite 1456, East Tower
Atlanta, Georgia 30334
404-656-4713

ENVIRONMENTAL PROTECTION DIVISION

04/12/2022

Mr. Oz Nesbitt, Chairman
Rockdale Water Resources
Post Office Box 289
Conyers, Georgia 30012

RE:  Expedited Enforcement Compliance Order No. EPD-WP-9219
     Rockdale Water Resources
     NPDES Permit Nos. GA0047678, GA0023035, GA0026239, and GA0022659

Dear Mr. Nesbitt:

This letter serves as notice that Expedited Enforcement Compliance Order (EECO) No. EPD-WP-9219 for spills of raw sewage and permit violations that occurred from September 2018 through December 2021 has been executed. Enclosed is a copy of the Order.

Within 30 days of the execution date of this order, the Rockdale Water Resources must submit a check in the amount of $28,516.00 as payment of the settlement in accordance with the referenced Order.

If you have any questions or comments concerning this correspondence, please contact Reginald Williamson, of my staff, at reginald.williamson@dnr.ga.gov. Your cooperation is greatly appreciated.

Sincerely,

Richard E. Dunn, Director
Environmental Protection Division

cc: Mr. Derek Bogan, Director, Rockdale Water Resources, (Derek.Bogan@RockdaleCountyGA.gov)

RD/js/ms/rw

EXHIBIT 2

STATE OF GEORGIA DEPARTMENT OF NATURAL RESOURCES
ENVIRONMENTAL PROTECTION DIVISION
WATERSHED PROTECTION BRANCH
2 MARTIN LUTHER KING JR. DR., SUITE 1152 EAST
ATLANTA, GEORGIA 30334

## CONSENT ORDER

### PART I: AUTHORITY AND ALLEGED VIOLATIONS

**Facility Information:**
Rockdale Water Resources
PO Box 289
Conyers Georgia 30012
Rockdale County
**Permit Number (if applicable):** GA0047678, GA0026239, GA0022659, GA0023035

**Name of Respondent (Owner, Operator, and/or Responsible Official):**
Mr. Oz Nesbitt, Chairman (Respondent)

The Georgia Environmental Protection Division (EPD) has reviewed its files to determine Respondent's compliance with the Georgia environmental law in Title 12, Chapter 5 of the Georgia Water Quality Control Act (Act) and the applicable rules adopted by the Board of Natural Resources (Rules). The violation(s) documented during EPD's review and the associated penalty for each violation is consistent the Act and Rules and is discussed in Attachment A of this Consent Order:

**See Attachment A**

**TOTAL PENALTY AMOUNT $28,516.00.**

The Respondent is hereby ordered to pay the penalty described above.

This Consent Order is issued solely with reference to the Conditions in Part II. If the Conditions in Part II are not returned in correct form by the Respondent within thirty (30) days of receipt, this Consent Order can be withdrawn without prejudice to EPD's ability to file additional enforcement actions for the above-cited violations or any other violations.

### PART II: CONDITIONS AND ADDITIONAL TERMS

EPD offers this Consent Order to resolve the allegation(s) listed in Part I and Attachment A subject to 1) the Respondent performing any corrective action described in Attachment A and below; and 2) the following terms and conditions:

The Respondent, by signing below certifies under penalty of law that: a) the information submitted in this and all attached documents have been personally examined, and the Respondent is familiar with the information; b) the alleged violations have been corrected; and c) payment of the negotiated penalty amount of $28,516.00 shall be submitted no later than thirty (30) days from the execution date of this Consent Order.

Failure by Respondent to comply with any provision of this Consent Order may result in further enforcement action. Issuance of this Consent Order does not waive the Director's right to use the violation(s) alleged herein, upon sufficient evidence, to show past violations in any subsequent enforcement proceeding.

Respondent consents and the Director executes this Consent Order solely for the purpose of addressing the alleged violations set forth herein. This Consent Order does not relieve Respondent of any obligations or requirements of any statute, rules, permit, or other matter administered by EPD except as specifically authorized herein, which authorization shall be strictly construed. This Consent Order is not a finding, determination, or adjudication of a violation of any state laws, rules, standards and/or requirements, nor does Respondent by consenting to this Consent Order make any admission with respect to any factual allegation contained in this Consent Order or to any liability to any third party.

For the purpose of enforcement, this Consent Order constitutes a final order of the Director in accordance with applicable Georgia law. By agreement of the parties, this Consent Order shall be final and effective immediately upon execution by the Director, shall not be appealable, and Respondent does hereby waive all administrative proceedings and judicial hearings on the terms and conditions of this Consent Order.

The parties agree that any electronic signatures on this Consent Order constitute original, valid signatures pursuant to the Uniform Electronic Transactions Act, O.C.G.A. § 10-12-1 *et seq.*

Company: Rockdale County Board of Commissioners
Name/Title (print): Osborn Nesbitt, Sr / Chairman
Signature: _____
Date: 3/10/2022

It is so ORDERED and CONSENTED TO on the following date: April 12, 2022

_____
Richard E. Dunn
Director

Order No. EPD-WP- 9219

EXHIBIT 2

| Date | Location | Corrective Action | Quantity of Spill |
|---|---|---|---|
| 6/4/2020 | 1815 Tall Oaks Cir. | Repaired Equipment | 1 |
| 4/22/2020 | 1420 Milstead Rd. | Removed Debris | 5,400 |
| 2/20/2020 | 1397 Rockbridge Rd. | Identify and Eliminate sources of I/I | 14,350 |
| 2/18/2020 | 1397 Rockbridge Rd. | Identify and Eliminate sources of I/I | 19,266 |
| 2/6/2020 | 1397 Rockbridge Rd. | Identify and Eliminate sources of I/I | 6,804 |
| 2/5/2020 | 1200 Allen Cir | Removed Debris | 300 |
| 1/13/2020 | 3175 Underwood Road | Identify and Eliminate sources of I/I | 2,116 |
| 1/3/2020 | 1510 Renaissance Dr. | Repaired Pipe | 9,875 |
| 11/6/2019 | 1510 Milstead | Identify and Eliminate sources of I/I | 4,200 |
| 10-21-2019 | 1510 Renaissance Dr. | Identify and Eliminate sources of I/I | 9,060 |
| 9/10/2019 – 9/11/2019 | 3175 Underwood Road | Repaired Equipment | 5,500 |
| 5/8/2019 | 914 Jackie Court | Repaired pipe | 18,900 |
| 12/26/2018 | 981 Green St. | Removed Roots | 150 |
| 11/25/2018 | 3175 Old Salem Rd. | Repaired Equipment | 10,000 |
| 11/9/2018 | 2185 Hampton Trail | Repaired Equipment | 750 |
| 9/27/2018 | 764 Sugar Hill Lane | Repaired Pipe | 8,580 |

Penalty; $28,063.00

Table 3: Four (4) reported State of Emergency Sanitary Sewer Spills

| Date | Location | Corrective Action | Quantity of Spill |
|---|---|---|---|
| 3/18/2020 | 981 Green St. | Repaired Pipe | 375 |
| 3/6/2020 | 1525 Springwood Dr. | Identify and Eliminate sources of I/I | 164,375 |
| 3/6/2020 | 1397 Rockbridge Rd. | Identify and Eliminate sources of I/I | 28,185 |
| 3/6/2020 | 3175 Underwood Rd. | Identify and Eliminate sources of I/I | 28,300 |

Penalty; $0.00

**Total Penalty Amount; $28,516.00**

Order No. EPD-WP-_9219_

EXHIBIT 2

## ATTACHMENT A

Georgia Rules and Regulations Chapter 391-3-6-.06

**Table 1: Permit Effluent Limit Violations**

| Date | Parameter | Permit Limit | Reported Value | Wastewater Facility |
|---|---|---|---|---|
| March 2020 | Flow MGD, Wkly Avg | 0.38 MGD | 0.44 MGD | Honey Creek WPCP |
| March 2020 | Flow MGD, Mo. Avg. | 0.3 MGD | 0.31 MGD | Honey Creek WPCP |
| March 2020 | Nitrogen, Ammonia Wkly Avg. kg/d | 3.3 kg/d | 3.74 kg/d | Honey Creek WPCP |
| February 2020 | Flow MGD, Mo. Avg. | 7.0 MGD | 7.9 MGD | Quigg Branch WPCP |
| February 2020 | Flow MGD, Mo. Avg. | 0.34 MGD | 0.34 MGD | Honey Creek WPCP |
| February 2020 | Flow MGD, Wkly Avg | 0.38 MGD | 0.41 MGD | Honey Creek WPCP |
| January 2020 | Flow MGD, Wkly Avg | 0.38 MGD | 0.43 MGD | Honey Creek WPCP |
| December 2018 | Flow MGD, Mo. Avg. | 6.0 MGD | 6.3 MGD | Quigg Branch WPCP |

-Penalty; $453.00

Georgia Rules and Regulations Chapter 391-3-6-.03(5)(c); All waters shall be free from material related to municipal, industrial, or other discharges which produce turbidity, color, odor, or other objectionable conditions which unreasonably interfere with the designated use of the water body.

**Table 2: Sanitary Sewer Overflow into Waters of the State**

| Date | Location of Spill | Corrective Action | Quantity of Spill |
|---|---|---|---|
| 4/16/2021 | 1047 Scott Street | Cleaned pipe and stopped spill | 65 |
| 4/12/2021 | 1490 Milstead Road | Remove Obstruction and stopped spill | 2,970 |
| 2/23/2021 | 863 Flat Shoals Road | Removed Grease and stopped spill | 8,100 |
| 9/24/2020 | 1071 Pine Street | Repaired Pipe | 10 |
| 9/21/2020 | 345 Sigman Rd. | Repaired Pipe | 15 |
| 9/17/2020 | 3175 Underwood Rd. | Locate and Eliminate I/I Sources | 108,482 |
| 9/17/2020 | 2183 Hampton Tr | Identify and Eliminate sources of I/I | 1,240 |

Order No. EPD-WP- 9219

EXHIBIT 2



